In re ROBINSON et al.

No. 7715.

Circuit Court of Appeals, Third Circuit.

July 14, 1941.

Joseph A. Keough, of Philadelphia, Pa.

(Levi, Mandel & Miller, of Philadelphia, Pa., on the brief), for appellant.

Nathan I. Miller, of Philadelphia, Pa., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The decree of the District Court is affirmed upon the opinion of Judge Ganey, 40 F.Supp. 320.